# United States Bankruptcy Court
## Southern District of Ohio

In re  **Rheannon Elisa Castrucci**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **May 2, 2019**

**/s/ Rheannon Elisa Castrucci**  
**Rheannon Elisa Castrucci**  
Signature of Debtor