# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| RHEANNON ELISA CASTRUCCI, | ) | Case No. 1:19-bk-11658 |
| Debtor(s) | ) |  |
|  | ) | BANKRUPTCY JUDGE |
|  | ) | BETH A BUCHANAN |

### REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Gap Visa® Card [Last four digit of account:6590]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

>  Synchrony Bank
>  c/o PRA Receivables Management, LLC
>  PO Box 41021
>  Norfolk, VA 23541
>  Telephone: (877)885-5919
>  Facsimile: (757) 351-3257
>  E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
May 4, 2019

By: /s/ Valerie Smith

Valerie Smith
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541
(877)885-5919

Assignee Creditor: Gap Visa® Card [Last four digit of account:6590]

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2019, a copy of the foregoing Request For Service of Notices was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

ERIC W GOERNING
Counsel for RHEANNON ELISA CASTRUCCI


NORMAN L SLUTSKY, Trustee


US Trustee


By: /s/ Valerie Smith