UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:　　　　　　　　　　　CASE NO: 19-11658
RHEANNON ELISA CASTRUCCI　　　　　　CHAPTER 7
　　　　　　　　　　　　　　　　　　　　JUDGE: BUCHANAN

DEBTOR

CERTIFICATION EVIDENCING COMPLIANCE WITH 11 USC 521(e)(2)A & LBR 4002-1(b)(1) REGARDING SERVICE OF PAY ADVISES & TAX RETURNS

I.　　I hereby certify that pursuant to 11 USC 521(e)(2)(A) and LBR 4002-1(b)(1), any copies of payment advises or other evidence of payment received by the Debtor(s) from any employer within 60 days of filing and a copy of the Federal Income Tax Return required under applicable law, have been served on the Interim Trustee and US Trustee.

　　　　　　　　　　/s/Robert A. Goering  /s/Eric W. Goering  /s/ T. Martin Jennings
　　　　　　　　　　Robert #0034600　　　Eric #0061146　　　T. Martin #0036932
　　　　　　　　　　GOERING & GOERING LLC
　　　　　　　　　　220 W. 3rd St.
　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　513-621-0912