Certificate Number: 00927-OHS-DE-033097503

Bankruptcy Case Number: 19-11658



00927-OHS-DE-033097503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2019, at 9:33 o'clock AM EDT, RHEANNON E CASTUCCI completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date:  July 12, 2019          By:    /s/ELIZABETH N GARCIA

Name:  ELIZABETH N GARCIA

Title:  Certified Credit Counselor